Honorable Judge Nelson S. Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601- 4150

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/2025
```

MEMO ENDORSED

Re: Teko Foli v. Metro-North Railroad, Craig Gustavson, Jeffrey Weston, Lisa Potthast, John Doe. Case No.: 24-CV-05148 (NSR)

Re: Teko Foli v. Metro-North Railroad, Craig Gustavson, John Doe. Case No.: 24-CV-09355 (NSR)

Dear Honorable Judge Roman,

Pursuant to the Court directive dated February 14, 2025, Plaintiff was to serve (not file) his motion papers on March 31, 2025. Defendants' opposition papers were to be served (not filed) on April 28, 2025, and Plaintiff's reply papers were to be served on May 13, 2025. Defendants were directed to file all motion papers on the Reply date, May 13, 2025.

By reasons of Plaintiff's needs to attend to urgent health matters, and the significant time he spent on his relocation and career needs, Plaintiff can no longer serve his motion for consolidation papers on March 31, 2025, and it has become necessary to request an extension of time to serve same.

On March 14, 2025, Pro se Plaintiff sought Defendants' consent for an extension to file his motion for consolidation papers on April 25, 2025, and for the remaining of the briefing schedule to be adjusted accordingly. Defendants stated they do not oppose Plaintiff's request for adjournment.

According to the new schedule, Plaintiff will serve (not file) his motion papers on April 25, 2025. Defendants will serve (not file) their opposition papers on May 23, 2025. Plaintiff's Reply papers will be served on June 9, 2025. Defendants will file all motion papers on the Reply date, June 9, 2025.

This motion is timely, made in good faith, for purpose of necessity only, in order to obtain additional time to serve the motion for consolidation papers, and not for purposes of delay. Wherefore, Pro Se Plaintiff Teko Foli respectfully prays that this Court grants him the extension of time to serve his motion for consolidation papers on April 25, 2025, and for the remaining of the briefing schedule to be adjusted accordingly

Dated: Gaithersburg, MD

March 20, 2025

*Pro se* Plaintiff's assented to request is granted. *Pro se* Plaintiff will serve (not file) his motion papers on April 25, 2025; Defendants will serve (not file) their opposition papers on May 23, 2025; and *pro se* Plaintiff's reply papers shall be served on June 9, 2025. Defendants will file all motion papers on the Reply date, June 9, 2025.

The Clerk of Court is kindly directed to terminate the motion at ECF No. 25, and to mail a copy of this Endorsement to *pro se* Plaintiff at the address listed on ECF and to show service on the docket.
Dated: March 24, 2025
      White Plains, NY

Respectfully submitted,

/s/Teko Foli
Teko Foli
Gaithersburg, MD
Phone: (646)316-5864
Email: tfort99@outlook.com

SO ORDERED:

NELSON S. ROMÁN
United States District Judge